IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN D. BARTLETT and
JOHN A. BARTLETT,

      Plaintiffs,

vs.                                    No. CIV-10-0138 MCA/LAM

KENETH CRAMER, in his individual
and official capacity as an officer of the
Lincoln County Sheriff's Office and
Lincoln County Narcotics Enforcement Unit,
and JOSH SNODGRASS, in his individual
and official capacity as an officer of the
Ruidoso Police Department and
Lincoln County Narcotics Enforcement Unit,

      Defendants.

ORDER GRANTING
*STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES (Doc. 50)*

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend Pretrial Deadlines* (*Doc. 50*), filed on December 13, 2010.  Because the motion is unopposed, and upon consultation with the presiding judge in this case, the Court **FINDS** that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the parties' *Stipulated Motion to Extend Pretrial Deadlines* (*Doc. 50*) is **GRANTED** and that the new deadlines shall be as follows:

**Termination of Discovery:**                            **February 17, 2011**

**Motions relating to discovery filed by:**           **March 3, 2011**

**Deadline to file pretrial motions:**                **March 27, 2011**

These deadlines shall not be extended again without approval of the Court upon a motion setting forth good cause.  All other deadlines in this case will remain in effect and are not extended.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**